NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**BALBOA MANUFACTURING COMPANY, LLC AND SPORTS ACCESSORIES AMERICA, INC.,**
*Defendants-Appellees.*

---

2012-1558

---

Appeal from the United States District Court for the Southern District of California in No. 09-CV-2274, Judge Marilyn L. Huff.

---

**JUDGMENT**

---

MATTHEW D. MURPHEY, Troutman Sanders LLP, of San Diego, California, argued for plaintiff-appellant. With him on the brief was PAUL E. MCGOWAN, of Atlanta, Georgia.

STEELE N. GILLASPEY, Gillaspey & Gillaspey, of San Diego, California, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 10, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |